# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# AKRON DIVISION

| | |
|---|---|
| In Re: | Case No. 19-51920-amk |
| Julie A. Fox | Chapter 13 |
| Debtor. | Judge Alan M. Koschik |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust ('Creditor'), in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on October 23, 2019, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Michael J. Moran, Debtor's Counsel
mike@gibsonmoran.com

Keith Rucinski, Trustee
efilings@ch13akron.com

Office of the U.S. Trustee
(registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Julie A. Fox, Debtor
    13277 Bursley Road
    Spencer, OH 44275

                                       /s/ Molly Slutsky Simons
                                       Molly Slutsky Simons (0083702)
                                       Attorney for Creditor